UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDIE CUEVAS PEREZ *and* AIDA PEREZ

                    Plaintiffs,

–v–

WILLIAM MILLER, WILLIAM C. MILLER, PETER A. AMATO, *and* BERNADETTE MAZZARO,

                    Defendants.

**ORDER**

24 Civ. 9840 (ER)

Ramos, D.J.:

    On March 17, 2025, at the request of Peter A. Amato and Bernadette Mazzaro, the Court scheduled a telephonic pre-motion conference for April 17, 2025. Doc. 20. However, counsel for Amato and Mazzaro failed to appear at the April 17, 2025 conference. Accordingly, the conference is rescheduled for **Friday, August 8, 2025, at 11 AM**. The parties are instructed to call (855) 244-8681; enter access code 2301 087 7354#; and enter # again when asked to enter the attendee ID number. The parties are further instructed to join the call five (5) minutes prior to the conferences start time.

    It is SO ORDERED.

Dated: July 29, 2025
       New York, New York

                                                _____
                                                Edgardo Ramos, U.S.D.J.