UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDDIE CUEVAS PEREZ *and* AIDA PEREZ,

        Plaintiffs,

*– against –*

WILLIAM MILLER, WILLIAM C. MILLER, PETER A. AMATO, *and* BERNADETTE MAZZARO,

        Defendants.

**ORDER**

24-cv-09840 (ER)

Ramos, D.J.:

    A case management conference is scheduled for January 16, 2026 at 11:30 a.m. in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

    It is SO ORDERED.

Dated:  August 8, 2025
          New York, New York

                                    EDGARDO RAMOS, U.S.D.J.